UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CODY DEAN ALLEN TWITCHELL,<br><br>　　　　　Defendant. | Case No: 3:22-cr-00039-ART-CLB<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE JOINT PROPOSED DISCOVERY SCHEDULING ORDER** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender ALLIE WILSON, counsel for CODY TWITCHELL, United States Attorney Jason M. Frierson, and Assistant United States Attorney ANDREW KEENAN, counsel for the United States of America, that the December 1, 2022 deadline for the parties to file a joint proposed discovery scheduling order be vacated and that the parties shall have to and including **December 5, 2022** to file the joint proposal.

　　　This is the first request to extend the deadline for the joint proposed discovery scheduling order. Both parties are requesting additional time to meet and confer prior to proposing discovery deadlines. The parties are requesting only three additional business days to remain mindful of the current trial date of January 10, 2023. This request is made in the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 23rd day of November, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By: /s/ Allie Wilson<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for Cody Twitchell | By: /s/ Andrew Keenan<br>ANDREW KEENAN<br>Assistant United States Attorney<br>Counsel for United States |

**IT IS SO ORDERED.**

**DATED** this 29th day of November, 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE